(97 South. 733)

### Ex parte Stewart COBB.  (8 Div. 601.)

(Supreme Court of Alabama.  Oct. 18, 1923.)

Certiorari to Court of Appeals.

Simpson & Simpson, of Florence, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Stewart Cobb for certiorari to the Court of Appeals, to review and revise the judgment and decision of said court in the case of Cobb v. State, 19 Ala. App. 345, 97 South. 779.

Writ denied.

---

(97 South. 777)

### Ex parte Robert SHUMATE.  (8 Div. 603.)

(Supreme Court of Alabama.  Oct. 18, 1923.)

Certiorari to Court of Appeals.

D. Isbell and P. W. Shumate, both of Guntersville, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

SOMERVILLE, J. Petition of Robert Shumate for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in the case of Shumate v. State, 19 Ala. App. 340, 97 South. 772.

Writ denied.